**SO ORDERED.**

**SIGNED this 26 day of August, 2019.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **RICE, CHRISTOPHER BYRON** | **CASE NO. 19-00803-5-DMW** |
|     Debtor | |

### ORDER EXTENDING TIME WITHIN WHICH TO FILE COMPLAINT OBJECTING TO DISCHARGE

THIS MATTER coming before the Court upon the Second Motion for Extension of Time Within Which To File Complaint Objecting To Discharge filed by Gregory B. Crampton, Chapter 7 Trustee herein, seeking the entry of an Order extending the time within which to file a Complaint objecting to discharge of the Debtor, and for good cause shown, it is

ORDERED that the time period within which to file a Complaint objecting to discharge of the Debtor is extended for an additional 60 days to and including October 25, 2019.

END OF DOCUMENT