UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                    CHAPTER 7

RICE, CHRISTOPHER BYRON,                                CASE NO. 19-00803-5-DMW

   Debtor.

### THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE COMPLAINT OBJECTING TO DISCHARGE

NOW COMES Gregory B. Crampton, Chapter 7 Trustee herein ("Trustee") and pursuant to Bankruptcy Rule 4004(b), moves the Court for entry of an Order allowing an extension of time within which to file a Complaint objecting to discharge of Debtor for an additional 14 days to and including November 8, 2019.  In support of this Motion, the Trustee respectfully shows the Court the following:

   1.   The Debtor filed a voluntary petition for relief under Chapter 7 on February 22, 2019.

   2.   Gregory B. Crampton was appointed Chapter 7 Trustee in the above case on February 26, 2019.

   3.   The Section 341 meeting of creditors was held March 27, 2018.

   4.   On August 26, 2019, the Court entered an Order extending the deadline to file a complaint objecting to discharge until October 25, 2019.

   5.   The Trustee needs additional time to review Debtor's financial information, including information obtained by Rick Hinson, Bankruptcy Analyst in the office of the United States Bankruptcy Administrator, and forwarded to the Trustee on May 28, 2019.

   6.   The Trustee's office contacted Richard D. Sparkman, counsel for Debtor, and he does not oppose the Trustee's request for an extension of time.

   7.   The best interests of the Debtor, his creditors, and the estate will be served by the allowance of this Motion.

   WHEREFORE, the Trustee respectfully requests the entry of an Order allowing and authorizing an extension of time within which to file a Complaint objecting to discharge of Debtor for an additional 14 days to and including November 8, 2019.

This the 24th day of October, 2019.

                                                  *s/Gregory B. Crampton*
                                                  Gregory B. Crampton
                                                  State Bar #991
                                                  Chapter 7 Trustee
                                                  NICHOLLS & CRAMPTON, P.A.
                                                  Post Office Box 18237
                                                  Raleigh, North Carolina  27619
                                                  Telephone:  (919) 781-1311

## CERTIFICATE OF SERVICE

      It is hereby certified that the foregoing THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE COMPLAINT OBJECTING TO DISCHARGE was served this day by CM/ECF electronic email service or by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

| | |
|---|---|
| Marjorie K. Lynch<br>Bankruptcy Administrator<br>434 Fayetteville Street, Ste. 620<br>Raleigh, NC 27601 | VIA CM/ECF EMAIL SERVICE ONLY<br>Richard D. Sparkman<br>Attorney for Debtor<br>Richard D. Sparkman & Assoc., P.A.<br>P.O. Drawer 1687<br>Angier, NC 27501-1687 |
| Christopher Byron Rice<br>508 Weycroft Drive<br>Cary, NC 27519 | |

This the 24th day of October, 2019.

                                                      *s/Phyllis W. Hill*
                                                      Phyllis W. Hill
                                                      Paralegal